Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jrodriguez@shimodalaw.com

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HEMBREE,<br><br>Plaintiff,<br><br>vs.<br><br>RDJJB, INC., dba FISCHER TOWING, a California Corporation; RON FISCHER, an individual; DEBORAH FISCHER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01557-LLK-EFB<br><br>**PLAINTIFF'S REQUEST AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE** |

    Plaintiff GEORGE HEMBREE, (hereafter referred to as "Plaintiff"), by and through his undersigned counsel, hereby requests the following:

    WHEREAS Plaintiff filed his complaint on July 30, 2013;

    WHEREAS Defendants RDJJB, INC. dba FISCHER TOWING, RON FISCHER, and DEBORAH FISCHER, (hereinafter collectively referred to as "Defendants"), and their counsel have not yet appeared in this action;

    WHEREAS Plaintiff's counsel served a waiver of service of summons on Defendants on approximately September 4, 2014, and Defendants' last day to sign the waiver of service is currently October 4, 2014;

    WHEREAS Plaintiff's counsel has been informed by Defendants' counsel that Defendants intend to sign the waiver of service;

1  WHEREAS, pursuant to paragraph 8 of this Court's July 30, 2013, Order Setting Status (Pretrial Scheduling) Conference, the last day to file a Joint Status Report is October 1, 2013;

WHEREAS the Plaintiff and Defendants are currently engaged in discussions regarding potential resolution that may obviate the need for a Joint Status Report and Scheduling Conference; and

WHEREAS Plaintiff and Defendants would like additional time to continue these resolution discussions.

NOW, THEREFORE, Plaintiff requests that this Court extend the deadline for filing the joint status report, as set forth in paragraph 8 of this Court's July 30, 2013, Order Setting Status (Pretrial Scheduling) Conference, to December 3, 2013.  Defendants counsel has been informed and has agreed to the timeline proposed in this request.  *See* Exhibit A.

Dated: September 30, 2013                                   **Shimoda Law Corp.**

                                                                                    By:    /s/ Galen T. Shimoda
                                                                                            Galen T. Shimoda, Esq.
                                                                                            Justin P. Rodriguez, Esq.
                                                                                            Attorneys for Plaintiff

IT IS SO ORDERED THAT

The Status (Pretrial Scheduling) Conference, currently set for October 15, 2013, is continued to December 16, 2013 at 3:00 p.m.  The parties shall file their status reports 14 days preceding the status conference.  All remaining provisions of the above-mentioned order shall remain in effect.

Dated:  October 1, 2013

                                                                                    _____
                                                                                    LAWRENCE K. KARLTON
                                                                                    SENIOR JUDGE
                                                                                    UNITED STATES DISTRICT COURT