UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HEMBREE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RDJJB, INC., dba FISCHER TOWING, a California Corporation; RON FISCHER, an individual; DEBORAH FISCHER, an individual; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | No.  CIV. S-13-1557 LKK/EFB<br><br><br>**ORDER** |

　　A status conference was held in chambers on December 16, 2013.  After hearing, the court orders as follows:

　　A further status conference is set for February 10, 2014 at 2:30 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

　　IT IS SO ORDERED.

　　DATED:  December 16, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1