Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
jrodriguez@shimodalaw.com

Attorneys for Plaintiff GEORGE HEMBREE

Jeremy T. Naftel (SBN 185215)
Joel M. Van Parys (SBN 227387)
**Carothers DiSante & Freudenberger LLP**
900 University Ave., Suite 200
Sacramento, CA 95825
Phone: (916) 361-0991
Fax: (916) 361-1480
Email: jvanparys@cdflaborlaw.com
jnaftel@cdflaborlaw.com

Attorneys for Defendants
RDJJB, INC. dba FISCHER TOWING,
RON FISCHER and DEBORAH FISHER

FILED
OCT 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HEMBREE, | Case No.: 2:13-CV-01557-JAM-EFB |
| Plaintiff, | **JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY** |
| vs. | |
| RDJJB, INC., dba FISCHER TOWING, a California Corporation; RON FISCHER, an individual; DEBORAH FISCHER, an individual; and DOES 1 to 100, inclusive, | |
| Defendants. | |

Plaintiff GEORGE HEMBREE, and Defendants RDJJB, INC. dba FISCHER TOWING, RON FISCHER and DEBORAH FISCHER, by and through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED: October 3, 2014          **Shimoda Law Corp.**

By: /s/ Galen T. Shimoda
(as authorized on 10/3/14)
Galen T. Shimoda
Attorney for Plaintiff

DATED: October 3, 2014          **Carothers DiSante & Freudenberger LLP**

By: /s/ Joel M. Van Parys
Attorney for Defendants

IT IS SO ORDERED.

DATE: October 20, 2014

HON. JOHN A. MENDEZ

JOINT STIPULATION TO DISMISS          2:13-CV-01557-JAM-EFB          2